

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No.  17 CR 789 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| RONALD FEDER | ) | |

## ORDER

Change of plea hearing held on 2/19/2019.    Defendant withdraws plea of not guilty, enters a plea of guilty to counts one (1) and four (4) of the indictment.   The Court accepts the defendant's plea and finds the defendant guilty of counts one (1) and four (4) of the indictment. The 3/11/2019 jury trial is vacated.     Case is referred to the Probation Office for preparation of a presentence report.   Sentencing hearing is set for 5/14/2019 at 1:30 p.m.   Government's version of the offense is to be submitted by 3/5/2019.   Defendant's version, if any, is to be submitted by 3/12/2019.   Presentence report is to be filed by 4/9/2019.    Government's sentencing memorandum is to be filed no later than 4/30/2019.    Defendant's sentencing memorandum is to be filed no later than 5/7/2019.   The Probation Office is directed to disclose its recommendation to both sides.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information.   This list shall include any amounts subject to restitution.    If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

Date:  2/19/2019

/s/ Matthew F. Kennelly
United States District Judge

(T:20)