# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                     Case No.: 1:17−cr−00789
                                                    Honorable Matthew F. Kennelly

Ronald Feder

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 13, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly:. Defendant's ex parte motion under the Criminal Justice Act for appointment of an expert is granted with the amount to be paid not to exceed $2,600 without prior approval by the Court. Defendant's attorney should promptly submit the necessary paperwork via eVoucher. The motion hearing set for 3/13/2019 is vacated. Mailed notice. (pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.