July 14, 2017

To Whom It May Concern:

I have known Ronald Feder since the moment he was born because his mother and I have been friends since elementary school. I was in Ronald's parent's wedding, knew his maternal grandparents well because I practically grew up in their house, and know his father well throughout the years of their marriage. I could go on and on about how close we are; Ronald calls me Aunt Eileen. When Ronald's mother finally told his father that the marriage was over, David called me to beg Ellen to reconsider.

Ronald's father was a disturbed, sick man. He was scary, abusive, and psychologically aggressive and Ronald took the brunt of his abuse. Thank God for Ellen, his mother, who had the strength to leave the marriage and protect her children. Pulling away was fraught with more psychological abuse. Ellen was afraid of him and afraid for her children. None of Ellen's children are in contact with their father.

Ronald suffered for most of his life with this awful man. The scars are deep.

I have a master's degree in education and have worked in public education for 39 years. With the psychological and physical abuse that Ronald endured, I am not surprised that he is struggling as an adult. I know him to be extremely kind, sensitive, and highly intelligent. He realizes he did something terribly wrong and is serious about counseling and living a good, law-abiding life.

Incarceration would break this gentle soul who has proven in the last many months that he can obey the law and live a productive life. He has the support of all his siblings, his mother, his stepfather, and countless loving friends and relatives.

Please grant him leniency. You will not regret it. Please contact me if you have any questions.

Sincerely,
Eileen Sahagian, M.Ed.
4 Briarwood Lane
Durham, NH 03824
eileen@sahagians.org
603-479-4501 cell
603-868-1222 home


--
Eileen Sahagian
Hussey and Knowlton
EXCEL (Gifted and Talented) Teacher

"The surest path to positive self esteem is to succeed at something which one perceived would be difficult." -Sylvia Rimm