

*Metropolitan Correctional Center Chicago*
## Certificate of Completion

*Awarded To*

**Ronald Feder**

*For successful completion of "Budgeting Class"*

*On this day*

March 05, 2019- April 03, 2019

_____
D. Owens, Supervisor of Education