CERTIFICATE OF SERVICE

      The undersigned Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      DEFENDANT RONALD FEDER'S SENTENCING MEMORANDUM

were served pursuant to the District Court's ECF system as to ECF filers, if any, and were sent by first-class -mail on June 24, 2019 to the following non ECF filers:

Assistant U.S. Attorney
219 So. Dearborn
Chicago, IL 60604

                                            Respectfully submitted,

                                            <u>s/Eugene Steingold</u>
                                            Attorney for Defendant
                                            111 West Washington Street, Suite 1110
                                            Chicago IL 60602
                                            (312) 726-1060
                                            steingoldlaw@mac.com