UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    V.<br><br>RONALD FEDER,<br><br>    Defendant | 17 CR 789<br><br>Judge Kennelly |

MOTION TO WITHDRAW

Defendant Feder, requests the withdrawl of the appointed lawyer Mr. Steingold, on the premise that a withdrawl will allow for due process. Mr. Steingold has been vacant from the case for over 6 weeks, leaving the defendant with nothing in the way of representation. Defendant does understand the health conditions and sympathizes as the defendant also suffers from psychiatric disabilities. The circumstances of the case leading to the complaint have not been mitigated. The PSI, the plea agreement and the sentencing memorandum have not been fully explained, as the latter was just received on Monday 6/24/19 and the court date is 6/27/19. The defendant wishes for withdrawl on the grounds of the lack of communication and obvious indifferences to the facts.

Respectfully Submitted,

Ronald Feder 51562424
Dated: 6/27/19