# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                    Case No.: 1:17−cr−00789
                                                    Honorable Matthew F. Kennelly

Ronald Feder

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Ronald Feder (1): Case called for sentencing hearing on 6/27/2019. Defendant's motion to withdraw [59] and defense counsel's oral motion to withdraw are denied for reasons stated in open court. Sentencing hearing is continued to 8/13/2019 at 1:30 p.m. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.